UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BILL JONES, )<br>  Plaintiff, )<br> )<br> VS. )<br> )<br>WASHINGTON NATIONAL INSURANCE )<br>COMPANY, )<br>  Defendant. ) | CASE NO. 2:15-cv-78 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), <u>Federal Rules of Civil Procedure</u>, come the parties to this action and voluntarily dismiss this civil action and Complaint with full prejudice among, against and between all parties to this litigation in that all matters have been compromised and settled privately.

**RESPECTFULLY SUBMITTED** this is the 7th day of June, 2016.

 /s/ Kristi Norris Johnson
KRISTI NORRIS JOHNSON, BPR #22082
714 First Street
Elizabethton, TN 37643
(423) 518-1201  Telephone
(423) 518-1203  Facsimile
Kristi@rrnlawfirm.com
*Attorney for Plaintiff*

 /s/ Leslie Tentler Ridings
LESLIE TENTLER RIDINGS, BPR#  19621
HUNTER, SMITH &DAVIS, LLP
Post Office Box 3740
1212 North Eastman Road
Kingsport, TN 37664-0740
(423) 378-8800 Telephone
(423) 378-8801 Facsimile
ltrridings@hsdlaw.com
*Attorney for Defendant*

 /s/ Jane H. Ruemmele
JANE H. RUEMELLE
S.K. HUFFER & ASSOCIATES, PC
12821 E. New Market Street, Ste. 250
Carmel, IN  46032
(317) 695-4456
*Attorney for Defendant*